Chief Justice Saylor and Justices Baer, Donohue, Dougherty and Wecht join the opinion.

160 A.3d 755

**COMMONWEALTH of Pennsylvania, Respondent**

v.

**Clarence Tyrone TAYLOR, Petitioner**

**No. 501 MAL 2015**

Supreme Court of Pennsylvania.

Filed October 20, 2016

---

## ORDER

PER CURIAM

**AND NOW**, this 20th day of October, 2016, the Petition for Allowance of Appeal is **GRANTED**, the order of the Superior Court is **VACATED**, and the matter is **REMANDED** for proceedings consistent with *Commonwealth v. Lutz–Morrison*, 636 Pa. 395, 143 A.3d 891 (2016).